UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE THOMAS J. AQUILINO, JR., JUDGE

| | | |
|---|---|---|
| ALPINESTARS SPA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. 08-00367, etc |
| UNITED STATES, | : | (per attached schedule) |
| Defendant. | : | |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's instructions of February 6, 2024, in the above captioned cases.

These cases all concern appraisement of the imported merchandise. U.S. Customs and Border Protection liquidated the entries based on Plaintiff's resale price to customers in the United States. Plaintiff seeks reappraisement based on the price Plaintiff paid to its various foreign suppliers, plus the value of assists. Several of the cases also involve the tariff classification of certain products. Plaintiff previously provided extensive documentation to Defendant in several lead cases and the partes have reached agreement on several common issues. Defendant requested plaintiff to provide similar documentation on a sampling of 45 entries that cover all pending cases. Plaintiff provided such documentation to Defendant on April 4, 2024. The documentation included commercial invoices, purchase orders, assist calculations and proof of payment. On July 23, 2024, the Court entered a stipulated judgment in court no. 11-00007.

The parties are working diligently to review and confer regarding the remaining cases. Defendant requested plaintiff to provide additional documents regarding the sampled entries. On February 13, 2025, and May 14, 2025, plaintiff provided defendant with additional documents

and defendant is in the process of reviewing the submitted documentation. The parties are currently evaluating a methodology to resolve all of these cases through stipulated judgment without the need for litigation and formal discovery.

The parties will file with the Court either stipulated judgments or a supplemental joint status report within 90 days hereof.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Erik Smithweiss<br>Erik Smithweiss<br>GRUNFELD, DESIDERIO,<br>LEBOWITZ, SILVERMAN &<br>KLESTADT LLP<br>707 Wilshire Blvd.<br>Suite 4150<br>Los Angeles, CA 90017<br>Tel.: (213) 624-1970<br><br>Attorneys for Plaintiff | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By: /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>By: /s/ Luke Mathers<br>LUKE MATHERS<br>Trial Attorney<br>U.S. Dep't of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza - Suite 346<br>New York, New York 10278<br>Tel.: (212) 264-9236<br>Attorneys for Defendant |

Date: August 15, 2025

| COURT NUM | PLAINTIFF |
|---|---|
| 08-00367 | ALPINESTARS S.P.A. |
| 08-00407 | ALPINESTARS S.P.A. |
| 08-00408 | ALPINESTARS S.P.A. |
| 09-00074 | ALPINESTARS S.P.A. |
| 09-00075 | ALPINESTARS S.P.A. |
| 09-00076 | ALPINESTARS S.P.A. |
| 09-00077 | ALPINESTARS S.P.A. |
| 09-00107 | ALPINESTARS S.P.A. |
| 09-00112 | ALPINESTARS S.P.A. |
| 09-00113 | ALPINESTARS S.P.A. |
| 09-00114 | ALPINESTARS S.P.A. |
| 09-00115 | ALPINESTARS S.P.A. |
| 09-00131 | ALPINESTARS S.P.A. |
| 09-00147 | ALPINESTARS S.P.A. |
| 09-00176 | ALPINESTARS S.P.A. |
| 09-00178 | ALPINESTARS S.P.A. |
| 09-00179 | ALPINESTARS S.P.A. |
| 09-00319 | ALPINESTARS S.P.A. |
| 09-00320 | ALPINESTARS S.P.A. |
| 09-00321 | ALPINESTARS S.P.A. |
| 09-00322 | ALPINESTARS S.P.A. |
| 09-00388 | ALPINESTARS S.P.A. |
| 09-00389 | ALPINESTARS S.P.A. |
| 09-00393 | ALPINESTARS S.P.A. |
| 09-00417 | ALPINESTARS S.P.A. |
| 09-00418 | ALPINESTARS S.P.A. |
| 09-00512 | ALPINESTARS S.P.A. |
| 09-00513 | ALPINESTARS S.P.A. |
| 09-00517 | ALPINESTARS S.P.A. |
| 10-00005 | ALPINESTARS S.P.A. |
| 10-00006 | ALPINESTARS S.P.A. |
| 10-00008 | ALPINESTARS S.P.A. |
| 10-00009 | ALPINESTARS S.P.A. |
| 10-00024 | ALPINESTARS S.P.A. |
| 10-00025 | ALPINESTARS S.P.A. |
| 10-00027 | ALPINESTARS S.P.A. |
| 10-00028 | ALPINESTARS S.P.A. |
| 10-00078 | ALPINESTARS S.P.A. |
| 10-00079 | ALPINESTARS S.P.A. |
| 10-00080 | ALPINESTARS S.P.A. |